UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GARY L. SMITH,** *pro se*,

    **Plaintiff,**

v.                                                                                          CASE # 8:06-CV-2389-T-30MSS

**FEDERAL BUREAU OF INVESTIGATION,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order was entered on March 15, 2007, (Dkt. #10) which ordered in part:

> 2. Plaintiff shall, within **eleven (11) days** of the date of this Order, either pay the outstanding $250.00 filing fee or file a statement of his prisoner account reflecting transactions during the past six months, as required by Section VII of the affidavit form.
>
> 3. Failure to comply with this order within the allotted time will result in <u>dismissal</u> of the case <u>without further notice</u>. Further extensions of time will not be routinely granted.

Plaintiff has failed to respond or pay the required filing fee. It is therefore

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 24, 2007.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO:**
Counsel/Parties of Record

*S:\Odd\2006\06-cv-2389.dismissal osc.wpd*